IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KENNETH D. HARRISON**                                                               **PLAINTIFF**

**VS.**                                                           **CAUSE NO: 2:23CV139-KS-MTP**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**                                    **DEFENDANT**

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS matter is before the Court on the joint motion *ore tenus* of the parties seeking a dismissal with prejudice of each and every claim asserted in this case. The Court has been advised that the parties have reached an agreement to satisfy each and every claim pending in this matter, and that there has been a full accord and satisfaction of all claims. The Court therefore finds that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED** on this the 1st day of May, 2024.

_____
MAGISTRATE JUDGE
U.S. DISTRICT

AGREED:

_____
William A. Graves, Esq. (MSB #105679)
Attorney for Plaintiff

_____
Trenton G. Winford (MSB #106171)
Attorney for Defendant